**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Continental Resources, Inc., | ) | |
| | ) | **ORDER ADOPTING STIPULATION** |
| Plaintiff, | ) | **FOR DISMISSAL WITH PREJUDICE** |
| | ) | |
| vs. | ) | |
| | ) | |
| Scott B. Krank and Wendy S. Krank, | ) | Case No. 1:11-cv-097 |
| | ) | |
| Defendants. | ) | |

On February 19, 2013, the parties filed a Stipulation for Dismissal with Prejudice. The court **ADOPTS** the stipulation (Docket No. 21) and **ORDERS** that the above-entitled action be **DISMISSED** with prejudice and without costs or attorney fees to any party.

Dated this 20th day of February, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court